IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02248-MSK-MEH

STEPHENIE SEO,

    Plaintiff,

v.

VIKING COLLECTION SERVICE, INC., Minnesota corporation,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through her counsel of record and for her Notice of Settlement, hereby states:

1. The Plaintiff and the Defendant have reached a settlement.

3. The Plaintiff will be filing a Notice of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the Plaintiff has received the settlement funds. The parties expect this to happen by September 30, 2011.

Dated: September 15, 2011.

Respectfully Submitted,

s/ David M. Larson
_____
David M. Larson, Esq.
405 S. Cascade Avenue, Suite 305
Colorado Springs, Colorado 80903
Telephone: (719) 473-0006
Attorney for the Plaintiff